# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3125

_____

Louis Jonathan Cutwright

*Plaintiff - Appellant*

v.

Sean Crawford; Sheryl Dahm; Tracy Dietsch; Cindy Wolmutt; William Sperfslage

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: March 16, 2015
Filed: March 17, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Louis Cutwright appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 complaint preservice under 28 U.S.C. § 1915A, and denied his post-judgment

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

motion for reconsideration.  Upon careful review, we find no basis for reversal.  See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review of § 1915A dismissal); see also Ackerland v. United States, 633 F.3d 698, 701 (8th Cir. 2011) (appellate court typically construes self-styled motion for reconsideration as Fed. R. Civ. P. 59(e) motion to alter or amend judgment, or as Fed. R. Civ. P. 60(b) motion for relief from judgment); Miller v. Baker Implement Co., 439 F.3d 407, 414 (8th Cir. 2006) (appellate court reviews denial of motions under Rule 59(e) or 60(b) for abuse of discretion).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____